**D.LAW, INC.**
David Yeremian (SBN 226337)
d.yeremian@d.law
David Keledjian (SBN 309135)
d.keledjian@d.law
David Arakelyan (SBN 337076)
d.arakelyan@d.law
880 E Broadway
Glendale, CA 91205
Telephone: (818) 962-6465
Facsimile: (818) 962-6469

Attorneys for Plaintiff RAFAEL RODRIGUEZ

[counsel continued on next page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL RODRIGUEZ, on behalf of himself and all others similarly situated, and the general public,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICOLD LOGISTICS, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>*Defendants*. | Case No.: 2:24-cv-03129-WBS-SCR<br><br>[*Assigned to District Judge, William B. Shubb*]<br><br>**ORDER**<br><br>Complaint Filed: September 30, 2024<br>Removal Date: November 8, 2024 |

Barbara A. Blackburn, Bar No. 253731
bblackburn@littler.com
**LITTLER MENDELSON P.C.**
500 Capitol Mall Suite 2000
Sacramento, California 95814
Telephone: 916.830.7200
Fax No.: 916.561.0828

Hovannes G. Nalbandyan, Bar No. 300364
hnalbandyan@littler.com
**LITTLER MENDELSON P.C.**
633 West 5th Street, 63rd Floor
Los Angeles, California 90071
Telephone: 213.443.4300
Fax No.: 213.443.4299

Attorneys for Defendant AMERICOLD LOGISTICS, LLC

# ORDER

Having considered the Joint Stipulation for Entry of an Order Granting Plaintiff Leave to File a First Amended Complaint ("Joint Stipulation"), and the proposed First Amended Complaint, in the form attached at **Exhibit A** to the Joint Stipulation.

With good cause appearing, and pursuant to the Joint Stipulation, the Court approves the Joint Stipulation and it is hereby ORDERS:

1. Plaintiff is granted leave to file the First Amended Complaint ("FAC") provided at **Exhibit A** to the parties' Joint Stipulation;

2. Plaintiff's First Amended Complaint filing date will relate back and is deemed filed by the Court on the date that the Parties file this executed stipulation, i.e., on December 9, 2024;

3. The FAC and all allegations and causes of action pleaded therein shall be deemed denied by Defendant AMERICOLD LOGISTICS, LLC ("Defendant"); and

4. Defendant shall not be required to file an Answer or any other responsive pleading to the FAC as Defendant's Answer to Plaintiff's Class Action Complaint, filed on November 6, 2024 (**Dckt No. 1-1, Exh. F**), shall be deemed to apply to the FAC as if fully set forth therein.

Dated: December 10, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE