1  D.LAW, INC.
   David Yeremian (SBN 226337)
2  d.yeremian@d.law
   David Keledjian (SBN 309135)
3  d.keledjian@d.law
   David Arakelyan (SBN 337076)
4  d.arakelyan@d.law
   450 N. Brand Blvd. Ste. 840
5  Glendale, CA 91203
   Telephone: (818) 962-6465
6  Facsimile: (818) 962-6469

7

8  Attorneys for Plaintiff RAFAEL RODRIGUEZ

9  [counsel continued on next page]

10            UNITED STATES DISTRICT COURT

11           EASTERN DISTRICT OF CALIFORNIA

12

13  RAFAEL RODRIGUEZ, on behalf of himself        Case No.: 2:24-cv-03129-WBS-SCR
    and all others similarly situated, and the
14  general public,                               [*Assigned to District Judge, William B. Shubb*]

15            *Plaintiff*,                        **ORDER**

16        v.                                      Complaint Filed: September 30, 2024
                                                  Removal Date: November 8, 2024
17  AMERICOLD LOGISTICS, LLC, a Delaware          FAC Filed: December 11, 2024
    limited liability company; and DOES 1
18  through 50, inclusive,

19            *Defendants*.

20

21

22

23

24

25

26

27

28

Barbara A. Blackburn, Bar No. 253731
bblackburn@littler.com
LITTLER MENDELSON P.C.
500 Capitol Mall Suite 2000
Sacramento, California 95814
Telephone: 916.830.7200
Fax No.: 916.561.0828

Hovannes G. Nalbandyan, Bar No. 300364
hnalbandyan@littler.com
LITTLER MENDELSON P.C.
633 West 5th Street, 63rd Floor Los Angeles, California 90071
Telephone: 213.443.4300
Fax No.: 213.443.4299

Attorneys for Defendant AMERICOLD LOGISTICS, LLC

**ORDER**

Having considered the Joint Stipulation to Elect Referral of Action to Voluntary Dispute resolution Program (VDRP) Pursuant to Local Rule 271 ("Joint Stipulation") and with good cause appearing, the Court approves the Joint Stipulation and it is hereby ORDERS:

1.     The Parties are ordered to submit this Action to private mediation pursuant to the Parties' joint stipulation;

2.     The Scheduling Conference is continued to **August 25, 2025 at 1:30 p.m.**; and

3.     The parties shall file a joint status report no later than **August 11, 2025** if VDRP has not been completed by that date.

Dated:  January 29, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE