D.LAW, INC.
David Yeremian (SBN 226337)
d.yeremian@d.law
David Keledjian (SBN 309135)
d.keledjian@d.law
David Arakelyan (SBN 337076)
d.arakelyan@d.law
450 N. Brand Blvd. Ste. 840
Glendale, CA 91203
Telephone: (818) 962-6465
Facsimile: (818) 962-6469

Attorneys for Plaintiff RAFAEL RODRIGUEZ

[counsel continued on next page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAFAEL RODRIGUEZ, on behalf of himself and all others similarly situated, and the general public,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICOLD LOGISTICS, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>*Defendants*. | Case No.: 2:24-cv-03129-WBS-SCR<br><br>[*Assigned to District Judge, William B. Shubb*]<br><br>**ORDER**<br><br>Complaint Filed: September 30, 2024<br>Removal Date: November 8, 2024<br>FAC Filed: December 11, 2024 |

1  Barbara A. Blackburn, Bar No. 253731
   bblackburn@littler.com
2  LITTLER MENDELSON P.C.
3  500 Capitol Mall Suite 2000
   Sacramento, California 95814
4  Telephone: 916.830.7200
   Fax No.: 916.561.0828
5
   Hovannes G. Nalbandyan, Bar No. 300364
6  hnalbandyan@littler.com
7  LITTLER MENDELSON P.C.
   633 West 5th Street, 63rd Floor Los Angeles, California 90071
8  Telephone: 213.443.4300
   Fax No.: 213.443.4299
9

10 Attorneys for Defendant AMERICOLD LOGISTICS, LLC

**ORDER**

Having considered the Parties' Joint Report, Requesting the Continuance of the August 25, 2025, Scheduling Conference ("Joint Report"), and with good cause appearing, the Court approves the Parties' request for continuance and it is hereby ORDERS:

1. The August 25, 2025, Scheduling Conference is hereby VACATED and continued to **<u>October 20, 2025 at 1:30 p.m.</u>**

2. The Parties are to file a Joint Report no later than by **October 6, 2025** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed November 15, 2024 (Docket No. 10).

Dated: August 12, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE