1  **D.LAW, INC.**
   David Yeremian (SBN 226337)
2  d.yeremian@d.law
   David Keledjian (SBN 309135)
3  d.keledjian@d.law
   David Arakelyan (SBN 337076)
4  d.arakelyan@d.law
5  450 N. Brand Blvd. Ste. 840
   Glendale, CA 91203
6  Telephone: (818) 962-6465
   Facsimile: (818) 962-6469
7
8  Attorneys for Plaintiff RAFAEL RODRIGUEZ
9  [counsel continued on next page]

10 **UNITED STATES DISTRICT COURT**

11 **EASTERN DISTRICT OF CALIFORNIA**

12

| RAFAEL RODRIGUEZ, on behalf of himself and all others similarly situated, and the general public, | Case No.: 2:24-cv-03129-WBS-SCR |
|---|---|
| | [*Assigned to District Judge, William B. Shubb*] |
| *Plaintiff*, | **ORDER** |
| v. | Complaint Filed: September 30, 2024 |
| AMERICOLD LOGISTICS, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive, | Removal Date: November 8, 2024 |
| | FAC Filed: December 11, 2024 |
| *Defendants*. | |

| | |
|---|---|
| 1 | Barbara A. Blackburn, Bar No. 253731 |
| 2 | bblackburn@littler.com<br>LITTLER MENDELSON P.C. |
| 3 | 500 Capitol Mall Suite 2000<br>Sacramento, California 95814 |
| 4 | Telephone: 916.830.7200<br>Fax No.: 916.561.0828 |
| 5 | |
| 6 | Hovannes G. Nalbandyan, Bar No. 300364<br>hnalbandyan@littler.com |
| 7 | LITTLER MENDELSON P.C.<br>633 West 5th Street, 63rd Floor Los Angeles, California 90071 |
| 8 | Telephone: 213.443.4300<br>Fax No.: 213.443.4299 |
| 9 | |
| 10 | Attorneys for Defendant AMERICOLD LOGISTICS, LLC |

**ORDER**

Having considered the Joint Request to Continue Scheduling Conference ("Joint Stipulation") and with good cause appearing, the Court approves the Joint Stipulation, and it is hereby ORDERS:

1. The October 20, 2025, Scheduling Conference is hereby VACATED and continued to **February 9, 2026 at 1:30 p.m.**

2. The Parties are to file a Joint Report no later than on **January 26, 2026**.

Dated: October 16, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
ORDER