**D.LAW, INC.**
David Yeremian (SBN 226337)
d.yeremian@d.law
David Keledjian (SBN 309135)
d.keledjian@d.law
David Arakelyan (SBN 337076)
d.arakelyan@d.law
450 N. Brand Blvd. Ste. 840
Glendale, CA 91203
Telephone: (818) 962-6465
Facsimile: (818) 962-6469

Attorneys for Plaintiff RAFAEL RODRIGUEZ

[counsel continued on next page]

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL RODRIGUEZ, on behalf of himself and all others similarly situated, and the general public,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICOLD LOGISTICS, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>*Defendants*. | Case No.: 2:24-cv-03129-WBS-SCR<br><br>[*Assigned to District Judge, William B. Shubb*]<br><br>**ORDER**<br><br>Complaint Filed: September 30, 2024<br>Removal Date: November 8, 2024<br>FAC Filed: December 11, 2024 |

Barbara A. Blackburn, Bar No. 253731
bblackburn@littler.com
LITTLER MENDELSON P.C.
500 Capitol Mall Suite 2000
Sacramento, California 95814
Telephone: 916.830.7200
Fax No.: 916.561.0828

Hovannes G. Nalbandyan, Bar No. 300364
hnalbandyan@littler.com
LITTLER MENDELSON P.C.
633 West 5th Street, 63rd Floor Los Angeles, California 90071
Telephone: 213.443.4300
Fax No.: 213.443.4299

Attorneys for Defendant AMERICOLD LOGISTICS, LLC

## ORDER

Having considered the Joint Request to Continue Scheduling Conference ("Joint Stipulation") and with good cause appearing, the Court approves the Joint Stipulation, and it is hereby ORDERS:

1.    The February 9, 2026, Scheduling Conference is hereby VACATED and continued to **May 4, 2026 at 1:30 p.m.**

2.    The Parties are to file a Joint Report no later than **April 20, 2026** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed November 15, 2025 (Docket No. 10).

Dated:  January 27, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE