David Keledjian (SBN 309135)
David Arakelyan (SBN 337076)
Matthew Carraher (SBN 346860)
**D.LAW, INC.**
250 N Madison Ave., 2nd Floor
Pasadena, CA 91101
Telephone: (818) 962-6465
Facsimile:  (818) 962-6469
Emails: d.keledjian@d.law,
d.arakelyan@d.law,
m.carraher@d.law

Attorneys for Plaintiff RAFAEL RODRIGUEZ

[counsel continued on next page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAFAEL RODRIGUEZ, on behalf of himself and all others similarly situated, and the general public, | Case No.: 2:24-cv-03129-WBS-SCR |
| *Plaintiff*, | [*Assigned to District Judge, William B. Shubb*] |
| v. | **ORDER** |
| AMERICOLD LOGISTICS, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive, | Complaint Filed: September 30, 2024<br>Removal Date: November 8, 2024<br>FAC Filed: December 11, 2024 |
| *Defendants*. | |

Barbara A. Blackburn, Bar No. 253731
bblackburn@littler.com
LITTLER MENDELSON P.C.
500 Capitol Mall Suite 2000
Sacramento, California 95814
Telephone: 916.830.7200
Fax No.: 916.561.0828

Hovannes G. Nalbandyan, Bar No. 300364
hnalbandyan@littler.com
LITTLER MENDELSON P.C.
633 West 5th Street, 63rd Floor Los Angeles, California 90071
Telephone: 213.443.4300
Fax No.: 213.443.4299

Attorneys for Defendant AMERICOLD LOGISTICS, LLC

**ORDER**

Having considered the Joint Request to Continue Scheduling Conference ("Joint Statement") and with good cause appearing, the Court approves the Joint Statement, and it is hereby ORDERS:

1.      The May 4, 2026, Scheduling Conference is hereby VACATED and continued to **August 24, 2026 at 1:30 p.m.** in Courtroom 5 (WBS).

2.      The Parties are to file a Joint Report no later than **August 10, 2026.**

Dated:  April 20, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
ORDER