**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

RAFAEL RODRIGUEZ, on behalf of himself and all others similarly situated, and the general public,

*Plaintiff*,

v.

AMERICOLD LOGISTICS, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,

*Defendants*.

Case No.: 2:24-cv-03129-WBS-SCR

[*Assigned to District Judge, William B. Shubb*]

**ORDER**

Complaint Filed: September 30, 2024
Removal Date: November 8, 2024
FAC Filed: December 11, 2024

# ORDER

Having considered the Joint Request to Continue Scheduling Conference ("Joint Stipulation") and with good cause appearing, the Court **GRANTS** the Joint Stipulation, and it is hereby ORDERS:

1. The August 24, 2026, Scheduling Conference is hereby VACATED and continued to November 30, 2026.

2. The Parties are to file a Joint Report no later than on November 16, 2026.

**IT IS SO ORDERED.**

Dated: August 7, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE